**ORIGINAL**

**NO SUMMONS ISSUED**

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET SENTENCE BY A PERSON IN FEDERAL

CV 11 - 3686

ROSS, J.

| United States District Court | District | EDNY |
|---|---|---|
| Name: EDWIN RODRIGUEZ | Docket or Case No.: CR-07-107(ARR) | |
| Place of Confinement: USP LEE | Prisoner No.: 75188-053 | |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. EDWIN RODRIGUEZ | | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT COURT EDNY, 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK 11201

   (b) Criminal docket or case number (if you know): CR-07-107(ARR)

2. (a) Date of the judgment of conviction (if you know): 11/4/2010
   (b) Date of sentencing: 11/4/2010

3. Length of sentence: 60 MONTHS

4. Nature of crime (all counts): CONSPIRACY TO POSSESS WITH INTENT TO POSSESS COCAINE; DISTRIBUTION OF 5 KILOGRAMS OR MORE OF COCAINE; CONSPIRACY TO COMMIT ROBBERY.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 30 2011 ★
BROOKLYN OFFICE

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
7. Did you testify at either a pretrial hearing, trial or post-trial hearing?   Yes ☐   No ☐

With the consent of the Government, the petition is granted, the sentence is vacated, and a new sentence is scheduled for 9/21/11 @ 11:30am. So ordered. S/Judge Ross   ARR 8/30/11   cc: Counsel, Probation Dept